UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES SCHOTT, <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. CV-22-167-M-KLD <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

Dated this 28th day of February, 2024.

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Annie Puhrmann, Deputy Clerk